UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**RITA GALLUSSER**                                                                                   **PLAINTIFF**

vs                                                                                   **CIVIL ACTION NO. 3:13CV-509-S**

**SOARING CAPITAL**                                                                                   **DEFENDANT**

### ORDER

Counsel for the plaintiff having filed a notice of voluntary dismissal (DN 5), no answer or other responsive pleading having been filed on behalf of the defendant, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket.

December 11, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　Charles R. Simpson III, Senior Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

cc:     Counsel of Record